AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

IOTA PARTNERS, LTD.

v.

SMITHBRIDGE GUAM, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-0015

TO: (Name and address of defendant)

SMITHBRIDGE GUAM, INC.
674 HARMON LOOP ROAD
SUITE III PMB 333
DEDEDO, GUAM 96912

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN J. NUTTING
LAW OFFICES OF STEPHEN J. NUTTING
P.O. BOX 5093
SAIPAN, MP 96950

an answer to the complaint which is herewith served upon you, within _Twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

**CLERK**

(BY) DEPUTY CLERK

DATE: APR 11 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

# 07-0015

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE Apr 17, 07 |
| NAME OF SERVER (PRINT): Raymee Montgomery M.I.S. | TITLE Marianas Investigative Services |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: SMITH BRIDGE
Jacob Leon Guerrero / Controller / 1:37pm w/ut office

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Location is on backroad to AAFB, Yigo Gu.
The old Sammy Rick area # 653-5036

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Document Svn. Cnlt. | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/17/07
           Date

M.D. Montgomery
Signature of Server

P.O. Office Box 8031 Tam. Gu. 96931
Address of Server

M.I.S.
P.O. BOX 8031
TAMUNING GU - 96931

Jacob Leon Guerrero   4/17/07  1:35 pm
Financial Controller

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.