CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Smithbridge Guam, Inc.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| IOTA PARTNERS, LTD., | CIVIL ACTION NO. 07-0015 |
|---|---|
| Plaintiff, | |
| vs. | ENTRY OF APPEARANCE |
| SMITHBRIDGE GUAM, INC., | |
| Defendant. | |

Comes now John D. Osborn of Carlsmith Ball LLP and hereby enters his appearance in the above captioned matter on behalf of Defendant Smithbridge Guam, Inc.

CARLSMITH BALL LLP

DATED: Saipan, MP, May 7, 2007.

/s/ *John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant
Smithbridge Guam, Inc.

4820-6299-6737.1.000901-00030