CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Smithbridge Guam, Inc.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| IOTA PARTNERS, LTD., | CIVIL ACTION NO. 07-0015 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION |
| SMITHBRIDGE GUAM, INC., | |
| Defendant. | |

Come now counsel for the parties and subject to the Court's approval stipulate and agree as follows:

1.     The parties anticipate conducting discussions beginning in early July to resolve the issues in controversy.

2.     That it is anticipated such discussions will conclude on or about July 7, 2007.

3.     That in the event the discussions do not result in a resolution of the issues in controversy, Defendant Smithbridge Guam, inc. will file its Answer to Plaintiff's Complaint on or before July 17, 2007 and Smithbridge agrees it will not file a motion to dismiss prior to filing its Answer.

4830-2520-0641.1.061012-00001

| | |
|---|---|
| IT IS SO STIPULATED. | |
| | STEPHEN J. NUTTING, ESQ. |
| DATED: Saipan, MP, June 19, 2007. | /s/ *Stephen J. Nutting* |
| | STEPHEN J. NUTTING |
| | Attorney for Plaintiff |
| | |
| | CARLSMITH BALL LLP |
| | |
| DATED: Saipan, MP, June 19, 2007. | /s/ *John D. Osborn* |
| | JOHN D. OSBORN |
| | Attorneys for Defendant |
| | Smithbridge Guam, Inc. |

**ORDER**

The Court having reviewed the Stipulation of the parties and finding good cause therefore exists, finds that such Stipulation should be and hereby is approved.

IT IS SO ORDERED.

Dated: June_____, 2007       _____
                                                              ALEX R. MUNSON
                                                                    Judge