1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3  P.O. Box 5241
   Saipan, MP 96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
   Smithbridge Guam, Inc.

F I L E D
Clerk
District Court

JUN 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IOTA PARTNERS, LTD., | CIVIL ACTION NO. 07-0015 |
| Plaintiff, | |
| vs. | STIPULATION |
| SMITHBRIDGE GUAM, INC., | |
| Defendant. | |

Come now counsel for the parties and subject to the Court's approval stipulate and agree as follows:

1. The parties anticipate conducting discussions beginning in early July to resolve the issues in controversy.

2. That it is anticipated such discussions will conclude on or about July 7, 2007.

3. That in the event the discussions do not result in a resolution of the issues in controversy, Defendant Smithbridge Guam, inc. will file its Answer to Plaintiff's Complaint on or before July 17, 2007 and Smithbridge agrees it will not file a motion to dismiss prior to filing its Answer.

4830-2520-0641.1.061012-00001

1    IT IS SO STIPULATED.

2                                               STEPHEN J. NUTTING, ESQ.

3

4    DATED: Saipan, MP, June 19, 2007.     /s/ *Stephen J. Nutting*
                                                 STEPHEN J. NUTTING
5                                                 Attorney for Plaintiff

6

7                                                 CARLSMITH BALL LLP

8

9    DATED: Saipan, MP, June 19, 2007.     /s/ *John D. Osborn*
                                                 JOHN D. OSBORN
10                                                 Attorneys for Defendant
11                                                 Smithbridge Guam, Inc.

12

13                                            **ORDER**

14    The Court having reviewed the Stipulation of the parties and finding good cause therefore

15    exists, finds that such Stipulation should be and hereby is approved.

16    IT IS SO ORDERED.

17

18
    Dated: June 19TH, 2007                          _____
19                                                  ALEX R. MUNSON
20                                                          Judge

21

22

23

24

25    **RECEIVED**

26        JUN 1 9 2007

27           Clerk
         District Court
28    The Northern Mariana Islands