CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Smithbridge Guam, Inc.

F I L E D
Clerk
District Court

NOV – 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IOTA PARTNERS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SMITHBRIDGE GUAM, INC., <br><br> Defendant. | CIVIL ACTION NO. 07-0015 <br><br><br> STIPULATION |

Come now counsel for the parties and subject to the Court's approval stipulate and agree as follows:

1.    The parties are continuing discussions to resolve the issues in controversy.

2.    Progress toward resolution is being made and it is anticipated the matter will hopefully be resolved by January 1, 2008.

3.    That in the event the discussions do not result in a resolution of the issues in controversy, Defendant Smithbridge Guam, inc. will file its Answer to Plaintiff's Complaint on or before January 7, 2008 and Smithbridge agrees it will not file a motion to dismiss prior to filing its Answer.

4841-5316-4802.1.061012-00001

1    IT IS SO STIPULATED.

2
                                              STEPHEN J. NUTTING, ESQ.
3

4
     DATED: Saipan, MP, November 2, 2007.       /s/ Stephen J. Nutting
5                                               STEPHEN J. NUTTING
                                                Attorney for Plaintiff
6

7

8                                               CARLSMITH BALL LLP

9

10   DATED: Saipan, MP, November 2, 2007.       /s/ John D. Osborn
11                                              JOHN D. OSBORN
                                                Attorneys for Defendant
12                                              Smithbridge Guam, Inc.

13

14                            **ORDER**

15        The Court having reviewed the Stipulation of the parties and finding good cause therefore

16   exists, finds that such Stipulation should be and hereby is approved.

17        IT IS SO ORDERED.

18

19
     Dated: November ___2___ᴺᴰ___, 2007          _Alex R Munson_____
20                                                      ALEX R. MUNSON
21                                                      Judge

22

23

24

25

26

27

28