FILED
Clerk
District Court

MAR 14 2008

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| IOTA PARTNERS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SMITHBRIDGE GUAM, INC., <br><br> Defendant. | Civil Action No. 07-0015 <br><br><br> <u>Order Setting Status Conference</u> |

Stephen J. Nutting
Attorney at Law
P.O. Box 5093
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

A Status Conference in this case is scheduled for Friday, March 21, 2008, at 8:45 a.m.

If a dismissal has been filed prior to that date and time, the Status Conference shall come off-calendar.

IT IS SO ORDERED.

DATED this 14th day of March, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)