FILED
Clerk
District Court

MAR 14 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

IOTA PARTNERS LTD.,

Plaintiff,

vs.

SMITHBRIDGE GUAM, INC.,

Defendant.

Civil Action No. 07-0015

Amended Order Setting Status Conference

Stephen J. Nutting
Attorney at Law
P.O. Box 5093
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

The Status Conference in this case scheduled for Friday, March 21, 2008, at 8:45 a.m., is rescheduled to 9:45 a.m., on the same date.

IT IS SO ORDERED.

DATED this 14th day of March, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)