FILED
Clerk
District Court

AUG 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

IOTA PARTNERS, LTD.,                )   Civil No. 07-0015
                                    )
        Plaintiff                   )
                                    )
    v.                              )   ORDER DIRECTING
                                    )   THAT ANSWER BE FILED
SMITHBRIDGE GUAM, INC.,             )
                                    )
        Defendant                   )
_____)

IT IS ORDERED that an answer in this matter be filed no later than **3:30 p.m., Monday, September 8, 2008**. Failure to file an answer in the time directed may result in the imposition of sanctions against defendant, including the ultimate sanction of entry of default and default judgment.

DATED this 27th day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)