1  THOMAS M. TARPLEY
   The Thomas McKee Tarpley Law Firm
2  Top Floor, GCIC Professional Building, Suite 904
   Hagatna, Guam 96910
3  Tel: (671) 472-1539

4  JOHN D. OSBORN
   CARLSMITH BALL LLP
5  Carlsmith Building, Capitol Hill
   P.O. Box 5241
6  Saipan, MP 96950-5241
   Tel No. 670.322.3455
7
   Attorneys for Defendant
8  Smithbridge Guam, Inc.

F I L E D
Clerk
District Court

SEP -4 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IOTA PARTNERS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> SMITHBRIDGE GUAM, INC., <br><br> Defendant. | CIVIL ACTION NO. 07-0015 <br><br> APPLICATION TO APPEAR *PRO HAC VICE* AND DESIGNATION OF LOCAL COUNSEL; CONSENT TO DESIGNATION |

Thomas M. Tarpley ("Applicant") hereby submits his Application to appear before this Court and participate in the above captioned case:

1.   Applicant's office address is The Thomas McKee Tarpley Law Firm, Top Floor, GCIC Professional Building, Suite 904, Hagatna, Guam 96910. Applicant's residence address is 109 Sanhilo Circle, Piti, Guam.

2.   He is a graduate of Gonzaga University Law School in 1981.

3.   He has been admitted to practice in the following courts on the dates indicated:

4849-3657-9074.1.061012-00001

-2-

1
2   <u>Court Admissions:</u>
3   State of Washington, 1981
4   FSM and Phonpei State, 1985
5   Trust Territory High Court, 1985
6   Territory of Guam, 1991
7   9th Circuit Court of Appeals, 1989
8   United States Supreme Court, 2005
9   4.   Applicant is in good standing and eligible to practice in all courts to which he has been
10  admitted except the State of Washington where the applicant currently is on inactive status.
11  5.   Applicant is not currently suspended or disbarred in any court.
12  6.   Applicant has not previously made a *pro hac vice* application in this Court.
13  7.   For his designation of local counsel, Applicant states: John D. Osborn of Carlsmith Ball
14  LLP is admitted to practice before this Court and is in good standing. Mr. Osborn's phone
15  number and local office address are listed on the first page of this application.
16
17
                                              THE THOMAS MCKEE TARPLEY
18                                            LAW FIRM
19
    DATED: Saipan, MP, September 4, 2008.    _____
20                                            THOMAS M. TARPLEY
                                              Applicant
21
22
23
24
25
26
27
28

4849-3657-9074.1.061012-00001                -2.-

| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | JOHN D. OSBORN<br>Carlsmith Building, Capitol Hill |
| 3 | P.O. Box 5241<br>Saipan, MP 96950-5241 |
| 4 | Tel No. 670.322.3455 |
| 5 | Attorneys for Defendant<br>Smithbridge Guam, Inc. |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IOTA PARTNERS, LTD., | CIVIL ACTION NO. 07-0015 |
| Plaintiff, | |
| vs. | CONSENT TO DESIGNATION |
| SMITHBRIDGE GUAM, INC., | |
| Defendant. | |

I hereby consent to my designation by attorney Thomas M. Tarpley as local counsel in the above captioned matter.

CARLSMITH BALL LLP

DATED: Saipan, MP, September 4, 2008.

/s/ *John D. Osborn*
JOHN D. OSBORN
Attorneys for Defendant
Smithbridge Guam, Inc.

4843-3266-4834.1.061012-00001