| | |
|---|---|
| 1 | CARLSMITH BALL LLP |
| 2 | JOHN D. OSBORN |
|   | Carlsmith Building, Capitol Hill |
| 3 | P.O. Box 5241 |
|   | Saipan, MP 96950-5241 |
| 4 | Tel No. 670.322.3455 |
| 5 | Attorneys for Defendant |
|   | Smithbridge Guam, Inc. |

```
                    F I L E D
                       Clerk
                    District Court

                    SEP -4 2008

               For The Northern Mariana Islands
               By_____
                         (Deputy Clerk)
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IOTA PARTNERS, LTD., | CIVIL ACTION NO. 07-0015 |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER GRANTING APPLICATION TO APPEAR *PRO HAC VICE* |
| SMITHBRIDGE GUAM, INC., | |
| Defendant. | |

Upon the application of Thomas M. Tarpley to appear and participate *pro hac vice* in the above-captioned case as counsel for Defendant Smithbridge Guam, Inc. and good cause appearing:

IT IS HEREBY ORDERED that Thomas M. Tarpley be permitted to appear and participate in this case *pro hac vice* as co-counsel for Defendant Smithbridge Guam, Inc together with local counsel John D. Osborn.

IT IS SO ORDERED.

DATED: Saipan, MP, September 4, 2008.

_____
ALEX R. MUNSON
Judge

4824-7852-0322.1.061012-00001