The
**THOMAS McKEE TARPLEY**
Law Firm
A Professional Corporation
GCIC Building
414 West Soledad Avenue, Suite 904
Hagåtña, Guam 96910
Telephone: (671) 472-1539
Fax: (671) 472-4526
Email: ttarpley@attorneyguam.com

**JOHN D. OSBORN**
Carlsmith Ball LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96959-5241
Telephone: (670) 332-3455

9ZP895
Attorney *for* Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IOTA PARTNERS, LTD.,          ) | CIVIL ACTION NO. CV-07-0015 |
| Plaintiff,          ) | |
| v.          ) | ANSWER AND COUNTERCLAIM |
| SMITHBRIDGE GUAM, INC.,          ) | |
| Defendant.          ) | |

In answer to Plaintiff's complaint herein, Defendant admits and denies the numbered allegations as follows.

        1.    Admits.

        2.    Admits.

        3.    Admits.

        4.    Admits.

## PARTIES

5. Defendant is without knowledge sufficient to form an answer to this allegation, and therefore denies the same.

6. Admits.

## FACTS

7. Admits.

8. Defendant is without knowledge sufficient to form an answer to this allegation, and therefore denies the same.

9. Defendant is without knowledge sufficient to form an answer to this allegation, and therefore denies the same.

10. Admits.

11. Denies.

12. Admits.

13. Denies.

14. Admits.

15. Admits.

16. Denies, and affirmatively alleges that it was Plaintiff who requested wooden planks reinforced with concrete and that Smithbridge explained to Plaintiff that the wood could crumble and float away, and requested for Iota to clear marine life and the ecosystem were the planks would be placed prior to laying the planks.

17. Admits.

18. Admits, but affirmatively alleges that Iota supplied the survey information Smithbridge used for calculating the amount of planks required, and that such information was false.

19. Admits, but affirmatively alleges that Defendant used the information supplied by Iota for determining the number of planks required.

20. Denies, and affirmatively alleges that the procedure was discussed and selected by both parties, and that the job would be constrained due to the fact that Smithbridge had only one long-reach excavator, a limitation acknowledged by Plaintiff.

21. Admits.

22. Admits.

23. Admits.

24. Admits.

25. Defendant is without knowledge sufficient to form an answer to this allegation, and therefore denies the same.

26. Admits.

27. Denies, and affirmatively alleges that Smithbridge began its work on August 21, 2006, working under the direction of Iota who was in charge of the operation.

28. Denies, and affirmatively alleges that Iota was in charge of the operations, was present and never objected to Smithbridge's performance, and that Smithbridge, who was renting equipment and operator to Plaintiff, performed as directed.

29. Admits, but affirmatively alleges that the breakage of the planks was due to the spacing of the planks being greater than planned because the information supplied by Iota was incorrect.

30. Admits.

31. Defendant is without knowledge sufficient to form an answer to this allegation, and therefore denies the same.

32. Defendant is without knowledge sufficient to form an answer to this allegation, and therefore denies the same.

33. Admits.

1    34.   Denies.

2    35.   Denies.

3    36.   Denies.

4    37.   Admits.

5    38.   Admits, but affirmatively alleges that Plaintiff failed to pay

6    Defendant all amounts due, as alleged in the counterclaim herein.

7    39.   Defendant is without knowledge sufficient to form an answer

8    to this allegation, and therefore denies the same.

9    40.   Denies.

10   41.   Denies.

## FIRST CAUSE OF ACTION
### BREACH OF CONTRACT

13   42.   Smithbridge incorporates paragraphs 1 through 41 of its

14   answer herein.

15   43.   Admits.

16   44.   Defendant is without knowledge sufficient to form an answer

17   to this allegation, and therefore denies the same.

18   45.   Denies.

19   46.   Denies.

20   47.   Denies.

21   48.   Denies.

22   49.   Denies.

## SECOND CAUSE OF ACTION
### NEGLIGENT MISREPRESENTATION

25   50.   Smithbridge incorporates paragraphs 1 through 49 of its

26   answer herein.

27   51.   Denies.

28

IOTA PARTNERS, LTD. v. SMITHBRIDGE GUAM, INC.
CIVIL ACTION NO. CV07-0015
ANSWER AND COUNTERCLAIM

52. Denies.

53. Denies.

54. Denies.

## THIRD CAUSE OF ACTION
### BREACH OF WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

55. Smithbridge incorporates paragraphs 1 through 54 of its answer herein.

56. Denies.

57. Denies, and affirmatively alleges that Iota knew that Smithbridge had only one long-reach excavator, and further alleges that the planks would have been suitable if enough of them had been manufactured and paid for.

58. Denies.

59. Denies.

60. Denies.

61. Denies.

62. Denies.

63. Denies.

## FOURTH CAUSE OF ACTION
### DAMAGE TO BUSINESS REPUTATION

64. Smithbridge incorporates paragraphs 1 through 63 of its answer herein.

65. Denies.

66. Denies.

67. Denies.

68. Denies.

## AFFIRMATIVE DEFENSES

By way of further answer, Defendant raises the additional affirmative defenses as follows:

1. Waiver.

2. Estoppel.

3. Iota repeatedly represented to Smithbridge prior to the start of work that the depth of the water to the reef averaged only 2.5 feet, but the true working condition was that this lagoon was only shallow enough for the excavator to operate approximately only two hours a day, and this was a chief reason for Plaintiff's lack of productivity on the project.

## COUNTERCLAIM

By way of counterclaim against Plaintiff herein, Defendant alleges that Plaintiff still owes Smithbridge the sum of $38,964.09 for labor and equipment furnished by Smithbridge to Plaintiff on the project which is the subject of this lawsuit. A breakdown of this claimed amount is attached hereto as Exhibit 1, and incorporated herein by this reference as if specifically pled.

WHEREFORE, Defendant prays that Plaintiff's complaint herein be dismissed with prejudice, Plaintiff taking nothing thereby, and for judgment in Defendant's favor in the amount of $38,964.09, plus interest and costs of suit.

Dated this 4th day of September, 2008.

_____
THOMAS McKEE TARPLEY,
Attorney for Defendant
SMITHBRIDGE GUAM, INC.

# EXHIBIT 1

**Rota Dredge**
**IOTA Billings**

| Description | Amount | Discount (30%) | Net Amount | Total Due | Payments | Balance |
|---|---:|---:|---:|---:|---:|---:|
| Deposit #1 (7/18) | | | | | 20,000.00 | 20,000.00 |
| Deposit #2 (8/4) | | | | | 100,000.00 | 120,000.00 |
| *Invoice upon mobilization (ACTUAL)* | | | | | | |
| Pre-streesed panels | (111,650.00) | 33,495.00 | (78,155.00) | | | |
| Breaker | (20,000.00) | 6,000.00 | (14,000.00) | | | |
| Mobilization | (20,100.00) | 6,030.00 | (14,070.00) | | | |
| Insurance | (5,000.00) | 1,500.00 | (3,500.00) | (109,725.00) | | 10,275.00 |
| *Week ended 8/13 (ACTUAL)* | | | | | | |
| 50 ton excavator (stand-by Th~Su) | (4,571.43) | 1,371.43 | (3,200.00) | | | |
| 250CFM compressor (stand-by Th~Su) | (471.43) | 141.43 | (330.00) | | | |
| Water truck (stand-by Th~Su) | (428.57) | 128.57 | (300.00) | | | |
| Operators (2 at $500/day for Th~Sa) | (3,000.00) | 900.00 | (2,100.00) | | | |
| Foreman (1 at $650/day for Th~Sa) | (1,950.00) | 585.00 | (1,365.00) | | | |
| Airfare (2 Operators & Foreman) | (498.72) | 149.62 | (349.10) | (7,644.10) | | (4,444.10) |
| Deposit #3 (8/11) | | | | | 50,000.00 | 45,555.90 |
| *Week ended 8/20 (ACTUAL)* | | | | | | |
| 50 ton excavator (stand-by M~Su) | (8,000.00) | 2,400.00 | (5,600.00) | | | |
| 250CFM compressor (stand-by M~Su) | (825.00) | 247.50 | (577.50) | | | |
| Water truck (stand-by M~Su) | (750.00) | 225.00 | (525.00) | | | |
| Operators (2 at $500/day for M~Sa) | (6,000.00) | 1,800.00 | (4,200.00) | | | |
| Foreman (1 at $650/day for M~Sa) | (3,900.00) | 1,170.00 | (2,730.00) | (13,632.50) | | 31,923.40 |
| *Week ended 8/27 (ACTUAL)* | | | | | | |
| 50 ton excavator (Th~Su) | (9,142.86) | 2,742.86 | (6,400.00) | | | |
| 50 ton excavator (stand-by M~W) | (3,428.57) | 1,028.57 | (2,400.00) | | | |
| 250CFM compressor (Th~Su) | (942.86) | 282.86 | (660.00) | | | |
| 250CFM compressor (stand-by M~W) | (353.57) | 106.07 | (247.50) | | | |
| Water truck (Th~Su) | (857.14) | 257.14 | (600.00) | | | |
| Water truck (stand-by M~W) | (321.43) | 96.43 | (225.00) | | | |
| Operators (2 at $500/day for 7 days) | (7,000.00) | 2,100.00 | (4,900.00) | | | |
| Foreman (1 at $650/day for 7 days) | (4,550.00) | 1,365.00 | (3,185.00) | (18,617.50) | | 13,305.90 |
| *Week ended 9/3 (ACTUAL)* | | | | | | |
| 50 ton excavator (M~W,F) | (9,142.86) | 2,742.86 | (6,400.00) | | | |
| 50 ton excavator (stand-by Th) | (1,142.86) | 342.86 | (800.00) | | | |
| 250CFM compressor (M~W,F) | (942.86) | 282.86 | (660.00) | | | |
| 250CFM compressor (stand-by Th) | (117.86) | 35.36 | (82.50) | | | |
| Water truck (M~W,F) | (857.14) | 257.14 | (600.00) | | | |
| Water truck (stand-by Th) | (107.14) | 32.14 | (75.00) | | | |
| Operators (2 at $500/day for 7 days) | (7,000.00) | 2,100.00 | (4,900.00) | | | |
| Foreman (1 at $650/day for 7 days) | (4,550.00) | 1,365.00 | (3,185.00) | | | |
| Car Rental & Labor for Alvin Ogo | (2,090.00) | - | (2,090.00) | (18,792.49) | | (5,486.59) |
| *Note: Excavator down startng Saturday* | | | | | | |

**Rota Dredge**
**IOTA Billings**

| Description | Amount | Discount (30%) | Net Amount | Total Due | Payments | Balance |
|---|---|---|---|---|---|---|
| *Week ended 9/10 (ACTUAL)* | | | | | | |
| 50 ton excavator (down) | - | - | - | | | |
| 250CFM compressor (down) | - | - | - | | | |
| Water truck (down) | - | - | - | | | |
| Operators (2 at $500/day for 7 days) | (7,000.00) | 2,100.00 | (4,900.00) | | | |
| Foreman (1 at $650/day for 7 days) | (4,550.00) | 1,365.00 | (3,185.00) | (8,085.00) | | (13,571.59) |
| Note: Excavator down till Firday evening. | | | | | | |
| | | | | | | |
| *Week ended 9/17 (ACTUAL)* | | | | | | |
| 50 ton excavator (Th&F) | (4,571.43) | 1,371.43 | (3,200.00) | | | |
| 50 ton excavator (stand-by M~W) | (3,428.57) | 1,028.57 | (2,400.00) | | | |
| 250CFM compressor (Th&F) | (471.43) | 141.43 | (330.00) | | | |
| 250CFM compressor (stand-by M~W) | (353.57) | 106.07 | (247.50) | | | |
| Water truck (Th&F) | (428.57) | 128.57 | (300.00) | | | |
| Water truck (stand-by M~W) | (321.43) | 96.43 | (225.00) | | | |
| Operators (2 at $500/day for 7 days) | (7,000.00) | 2,100.00 | (4,900.00) | | | |
| Foreman (1 at $650/day for 7 days) | (4,550.00) | 1,365.00 | (3,185.00) | (14,787.50) | | (28,359.09) |
| | | | | | | |
| *Week ended 9/24 (ESTIMATED)* | | | | | | |
| Operators (2 at $500/day for M) | (1,000.00) | 300.00 | (700.00) | | | |
| Foreman (1 at $650/day for M) | (650.00) | 195.00 | (455.00) | | | |
| Operators (1 at $500/day for Tu&W) | (1,000.00) | 300.00 | (700.00) | | | |
| Demobilization | (12,500.00) | 3,750.00 | (8,750.00) | (10,605.00) | | (38,964.09) |