1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
Carlsmith Building, Capitol Hill
3  P.O. Box 5241
Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
Smithbridge Guam, Inc.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| IOTA PARTNERS, LTD., | CIVIL ACTION NO. 07-0015 |
|---|---|
| Plaintiff, | |
| vs. | REQUEST FOR JURY TRIAL |
| SMITHBRIDGE GUAM, INC., | |
| Defendant. | |

Defendant Smithbridge Guam, Inc., hereby requests a trial by jury of any issue triable of right by a jury.

                                                CARLSMITH BALL LLP


DATED: Saipan, MP, September 4, 2008.        /s/ *John D. Osborn*
                                             JOHN D. OSBORN
                                             Attorneys for Defendant
                                             Smithbridge Guam, Inc.

4848-2962-4578.1.061012-00001